

August 7, 2015

**Stephen Coyle**
Chief Executive Officer

**Ted S. Chandler**
Chief Operating Officer

**Erica Khatchadourian**
Chief Financial Officer

**Chang Suh**
Chief Portfolio Manager

David Aviles
United Clergy Task Force Development Corp.
131 Dreiser Loop
Bronx, New York 10475

**RE:    United Clergy Task Force**

Dear Mr. Aviles:

At the outset, let me say that our meeting on July 16th with the United Clergy Task Force was a watershed event for the staff of the AFL-CIO Housing Investment Trust and me. I have labored in the vineyards of housing and economic development for more than four decades and been responsible for financing, constructing, or developing more than 600 projects. In addition, I have designed and developed programs that have helped create perhaps a hundred more. Yet what was presented to us that day was a concept so bold and innovative that it exceeds anything I have ever seen. The coming together of seven communities of faith to develop more than $300 million of job creating housing in their communities is an unprecedented event and one we support wholeheartedly.

The AFL-CIO Housing Investment Trust is ready to commit to you and the United Clergy Task Force, our staff, resources and capital to the development and financing of seven mixed-use projects located at the faith-based communities noted below.

- St. Paul Community Baptist Church, Brooklyn, NY
- Bay Ridge Community Church, Brooklyn, NY
- Heavenly Temple Church of God, Jersey City, NJ
- Al Iman Plaza Islamic Institution, Bronx, NY
- La Hermosa Church, Bronx, NY
- Thessalonica Christian Church, Bronx, NY
- Westchester United Methodist Church, Bronx, NY

We understand that the United Clergy Task Force was recently founded to assist local communities of faith in developing their neighborhoods by building schools, community centers, health and elderly care facilities and low- and moderate-income housing. Additionally, the goal of the Task Force is to provide living-wage employment for local residents through these developments. It is an important

2401 Pennsylvania Avenue, NW • Suite 200 • Washington, DC 20037
Tel: 202.331.8055    Fax: 202.331.8190

www.aflcio-hit.com