# UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF NEW YORK
## MANHATTAN DIVISION

| | | |
|---|---|---|
| In Re: | § | |
| | § | |
| Al Iman Plaza Inc. | § | Case No. 17-12072 |
| | § | |
| Debtor | § | |

## CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)

SALVATORE LAMONICA, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

---

Assets Abandoned: 0.00                                      Assets Exempt: NA
*(Without deducting any secured claims)*

Total Distributions to Claimants:  3,562,429.84        Claims Discharged
                                                                                 Without Payment:  NA

Total Expenses of Administration:  1,032,777.62

---

3) Total gross receipts of $ 4,595,207.46 (see **Exhibit 1**), minus funds paid to the debtor and third parties of $0.00 (see **Exhibit 2**), yielded net receipts of $ 4,595,207.46 from the liquidation of the property of the estate, which was distributed as follows:

| | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $ 7,600,000.00 | $ 3,634,826.83 | $ 3,501,908.05 | $ 3,501,908.05 |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | NA | 1,032,777.62 | 1,032,777.62 | 1,032,777.62 |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | NA | NA | NA | NA |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | NA | 1,341.90 | 1,341.90 | 1,341.90 |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | NA | 8,007,545.74 | 8,007,545.74 | 59,179.89 |
| **TOTAL DISBURSEMENTS** | $ 7,600,000.00 | $ 12,676,492.09 | $ 12,543,573.31 | $ 4,595,207.46 |

4) This case was originally filed under chapter on 07/27/2017 , and it was converted to chapter 7 on 09/20/2017 . The case was pending for 25 months.

5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 10/23/2019          By:/s/SALVATORE LAMONICA
                                            Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

# EXHIBITS TO
# FINAL ACCOUNT

### EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
| 2008 Westchester Avenue, Bronx, NY 10462 | 1110-000 | 4,592,686.00 |
| Liquidation of Real Property (Schedule A) | 1110-000 | 2,521.46 |
| **TOTAL GROSS RECEIPTS** | | **$4,595,207.46** |

[1] The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

### EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| NA | | NA | NA |
| **TOTAL FUNDS PAID TO DEBTOR & THIRD PARTIES** | | | **$ NA** |

### EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Whiteface Funding LLC | | 3,800,000.00 | NA | NA | 0.00 |
| 6 | Mlf3 2008 Westchester Llc | 4110-000 | 3,800,000.00 | 3,620,906.78 | 3,500,000.00 | 3,500,000.00 |
| 5 | New York City Water Board | 4110-000 | NA | 12,012.00 | 0.00 | 0.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 4 | State Of New York Department Of Labor | 4800-000 | NA | 1,908.05 | 1,908.05 | 1,908.05 |
| **TOTAL SECURED CLAIMS** | | | $ 7,600,000.00 | $ 3,634,826.83 | $ 3,501,908.05 | $ 3,501,908.05 |

### EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| SALVATORE LAMONICA | 2100-000 | NA | 150,000.00 | 150,000.00 | 150,000.00 |
| SALVATORE LAMONICA | 2200-000 | NA | 43.06 | 43.06 | 43.06 |
| Trustee Insurance Agency | 2420-000 | NA | 16,467.79 | 16,467.79 | 16,467.79 |
| GC 2015 Partners LLC | 2500-000 | NA | 84,000.00 | 84,000.00 | 84,000.00 |
| Madison Title Agency, LLC | 2500-000 | NA | 441,780.14 | 441,780.14 | 441,780.14 |
| Office Of The United States Trustee | 2950-000 | NA | 325.00 | 325.00 | 325.00 |
| LAMONICA HERBST & MANISCALCO LLP | 3110-000 | NA | 117,570.15 | 117,570.15 | 117,570.15 |
| LAMONICA HERBST & MANISCALCO LLP | 3120-000 | NA | 5,561.48 | 5,561.48 | 5,561.48 |
| PARITZ & COMPANY P.A. | 3310-000 | NA | 2,030.00 | 2,030.00 | 2,030.00 |
| Maltz Auctions Inc. | 3510-000 | NA | 215,000.00 | 215,000.00 | 215,000.00 |
| **TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES** | | $ NA | $ 1,032,777.62 | $ 1,032,777.62 | $ 1,032,777.62 |

## EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| NA: NA | NA | NA | NA | NA | NA |
| TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES | | $ NA | $ NA | $ NA | $ NA |

## EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 3 | State Of New York Department Of Labor | 5800-000 | NA | 1,341.90 | 1,341.90 | 1,341.90 |
| TOTAL PRIORITY UNSECURED CLAIMS | | | $ NA | $ 1,341.90 | $ 1,341.90 | $ 1,341.90 |

## EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 2 | Consolidated Edison Company of New York Inc. | 7100-000 | NA | 4,995.03 | 4,995.03 | 4,995.03 |
| 1 | T Mobile/T-Mobile Usa Inc | 7100-000 | NA | 2,550.71 | 2,550.71 | 2,550.71 |
| 7 | Issa Mamudoski | 7200-001 | NA | 8,000,000.00 | 8,000,000.00 | 51,634.15 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| TOTAL GENERAL UNSECURED CLAIMS | | | $ NA | $ 8,007,545.74 | $ 8,007,545.74 | $ 59,179.89 |

FORM 1
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

| Case No: | 17-12072 | MG | Judge: | Martin Glenn | Trustee Name: | SALVATORE LAMONICA |
|---|---|---|---|---|---|---|
| Case Name: | Al Iman Plaza Inc. | | | | Date Filed (f) or Converted (c): | 09/20/2017 (c) |
| | | | | | 341(a) Meeting Date: | 11/15/2017 |
| For Period Ending: | 10/23/2019 | | | | Claims Bar Date: | 03/05/2018 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Est Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. 2008 Westchester Avenue, Bronx, NY 10462 | 12,100,000.00 | Unknown | | 4,592,686.00 | Unknown |
| 2. Potential suite against sheikh Mussa | 3,600,000.00 | Unknown | | 0.00 | Unknown |
| INT. Post-Petition Interest Deposits (u) | Unknown | N/A | | 0.00 | Unknown |

Gross Value of Remaining Assets

| TOTALS (Excluding Unknown Values) | $15,700,000.00 | $0.00 | | $4,592,686.00 | $0.00 |

(Total Dollar Amount in Column 6)

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

The Trustee retained LaMonica Herbst & Maniscalco, LLP ("LH&M"), as his general counsel with respect to this matter. Specifically the Trustee sought LH&M's help in completing the sale of certain real property (the "Property") owned the by the Debtor. In addition to LH&M, the Trustee retained Maltz Auctions, Inc., as his auctioneer to conduct the public auction sale of the Real Property. An auction was held with the successful bid in the amount of $4,300,000.00. The Trustee obtained Court approval confirming the auction sale results and thereafter closed on the sale of the Property on January 23, 2018.

Following the sale of the Property, the Trustee, through his counsel engaged in negotiations with the Debtor and its secured creditor in an effort to resolved the secured creditors claims in and to the proceeds from the sale of the Property. Following negotiations the parites came to an agreement which has been approved by the Court on March 13, 2018.

The Trustee has completed the liquidation of the Debtor's assets and has finalized the claims against the estate. Currently the Trustee and his professionals are preparing their final applications for compensation and the Trustee expects to file his Final Report by the end of July.
Foll

Initial Projected Date of Final Report (TFR): 07/31/2018    Current Projected Date of Final Report (TFR): 07/31/2018

UST Form 101-7-TDR (10/1/2010) *(Page: 7)*

Exhibit 8

FORM 2

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit 9

| Case No: | 17-12072 | Trustee Name: | SALVATORE LAMONICA |
| --- | --- | --- | --- |
| Case Name: | Al Iman Plaza Inc. | Bank Name: | EmpireNationalBank |
| | | Account Number/CD#: | XXXXXX8868 |
| | | | Checking |
| Taxpayer ID No: | XX-XXX7134 | Blanket Bond (per case limit): | $64,217,507.00 |
| For Period Ending: | 10/23/2019 | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
| --- | --- | --- | --- | --- | --- | --- |
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 11/21/17 | | Riverside 1031 LLC (Sterling National BAnk Montebello) | Deposit for purchase of Real Property | 1110-000 | $442,000.00 | | $442,000.00 |
| 12/12/17 | 1 | BR#25 L1M LLC | Deposit for property | 1110-000 | $432,000.00 | | $874,000.00 |
| 12/14/17 | 1 | Liberty One Group LLC Banco Polpular North | Additional Deposit for 2008 Westchester Ave | 1110-000 | $213,000.00 | | $1,087,000.00 |
| 01/23/18 | 1 | 2008 Westchester Development LLC | Purchase of Real property | 1110-000 | $3,732,686.00 | | $4,819,686.00 |
| 01/23/18 | 1 | 2008 Westchester Development LLC | Purchase of Real property | 1110-000 | $215,000.00 | | $5,034,686.00 |
| 01/23/18 | 101 | Madison Title Agency, LLC | Closing costs from sale of property | 2500-000 | | $441,780.14 | $4,592,905.86 |
| 01/25/18 | 102 | Riverside 1031 LLC | Return of Deposit from bid on real property return of initial deposit per Order dated 12.21.17 docket #62 | 1110-000 | ($442,000.00) | | $4,150,905.86 |
| 01/25/18 | 103 | GC 2015 Partners LLC | Break up fee see order approving stalking horse per Order dated 12.1.17 docket #50 | 2500-000 | | $84,000.00 | $4,066,905.86 |
| 02/01/18 | | Madison Title Agency- NY Trust | Refund of escrow taken at time of closing for taxes | 1110-000 | $2,521.46 | | $4,069,427.32 |
| 03/08/18 | 104 | Trustee Insurance Agency | Insurance Premium statement no 3273 | 2420-000 | | $16,467.79 | $4,052,959.53 |
| 03/28/18 | 105 | MLF3 2008 Westchester LLC | settlement per Order dated 3.13.18 docket # 80 | 4110-000 | | $3,500,000.00 | $552,959.53 |
| 04/26/18 | 106 | Maltz Auctions Inc. | Commissions for sale of 2008 Westchester Avenue Per memorandum opinion Order dated 4/10/18 docket # 90 | 3510-000 | | $215,000.00 | $337,959.53 |
| 12/20/18 | 107 | SALVATORE LAMONICA 3305 JERUSALEM AVENUE WANTAGH, NY 11793 | Final distribution creditor account # debtor SS#<debtor ssn masked> representing a payment of 100.00 % per court order dated 11.8.18. | 2100-000 | | $150,000.00 | $187,959.53 |
| | | | Page Subtotals: | | $4,595,207.46 | $4,407,247.93 | |

UST Form 101-7-TDR (10/1/2010) *(Page: 9)*

**FORM 2**
**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

| | | Exhibit 9 |
|---|---|---|
| Case No: 17-12072 | Trustee Name: SALVATORE LAMONICA | |
| Case Name: Al Iman Plaza Inc. | Bank Name: EmpireNationalBank | |
| | Account Number/CD#: XXXXXX8868 | |
| | Checking | |
| Taxpayer ID No: XX-XXX7134 | Blanket Bond (per case limit): $64,217,507.00 | |
| For Period Ending: 10/23/2019 | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 12/20/18 | 108 | SALVATORE LAMONICA<br>3305 JERUSALEM AVENUE<br>WANTAGH, NY 11793 | Final distribution creditor account # debtor SS#<debtor ssn masked> representing a payment of 100.00 % per court order dated 11.8.18. | 2200-000 | | $43.06 | $187,916.47 |
| 12/20/18 | 109 | Office Of The United States Trustee<br>U. S. Federal Building<br>201 Varick Street, Room 1006<br>New York, Ny 10014 | Final distribution creditor account # debtor SS#<debtor ssn masked> representing a payment of 100.00 % per court order dated 11.8.18. | 2950-000 | | $325.00 | $187,591.47 |
| 12/20/18 | 110 | LAMONICA HERBST & MANISCALCO LLP<br>3305 JERUSALEM AVENUE<br>WANTAGH, NY 11793 | Final distribution creditor account # debtor SS#<debtor ssn masked> representing a payment of 100.00 % per court order dated 11.8.18. | 3110-000 | | $117,570.15 | $70,021.32 |
| 12/20/18 | 111 | LAMONICA HERBST & MANISCALCO LLP<br>3305 JERUSALEM AVENUE<br>WANTAGH, NY 11793 | Final distribution creditor account # debtor SS#<debtor ssn masked> representing a payment of 100.00 % per court order dated 11.8.18. | 3120-000 | | $5,561.48 | $64,459.84 |
| 12/20/18 | 112 | PARITZ & COMPANY P.A.<br>15 WARREN STREET<br>HACKENSACK, NJ 07601 | Final distribution creditor account # debtor SS#<debtor ssn masked> representing a payment of 100.00 % per court order dated 11.8.18. | 3310-000 | | $2,030.00 | $62,429.84 |
| 12/20/18 | 113 | State Of New York Department Of Labor Unemployment Insurance Division<br>Gov. W. Averell Harriman State Off. Bldg<br>Building 12, Room 256<br>Albany, New York 12240 | Final distribution to claim 3 creditor account # debtor SS#<debtor ssn masked> representing a payment of 100.00 % per court order dated 11.8.18. | 5800-000 | | $1,341.90 | $61,087.94 |
| 12/20/18 | 114 | State Of New York Department Of Labor Unemployment Insurance Division<br>Gov. W. Averell Harriman State Off. Bldg<br>Building 12, Room 256<br>Albany, New York 12240 | Final distribution to claim 4 creditor account # debtor SS#<debtor ssn masked> representing a payment of 100.00 % per court order dated 11.8.18. | 4800-000 | | $1,908.05 | $59,179.89 |
| | | | Page Subtotals: | | $0.00 | $128,779.64 | |

UST Form 101-7-TDR (10/1/2010) *(Page: 10)*

**FORM 2**

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

| | |
|---|---|
| Case No: 17-12072 | Trustee Name: SALVATORE LAMONICA |
| Case Name: Al Iman Plaza Inc. | Bank Name: EmpireNationalBank |
| | Account Number/CD#: XXXXXX8868 |
| | Checking |
| Taxpayer ID No: XX-XXX7134 | Blanket Bond (per case limit): $64,217,507.00 |
| For Period Ending: 10/23/2019 | Separate Bond (if applicable): |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 12/20/18 | 115 | T Mobile/T-Mobile Usa Inc<br>By American Infosource Lp As Agent<br>4515 N Santa Fe Ave<br>Oklahoma City, Ok 73118 | Final distribution to claim 1 creditor account # debtor SS#<debtor ssn masked> representing a payment of 100.00 % per court order dated 11.8.18. | 7100-000 | | $2,550.71 | $56,629.18 |
| 12/20/18 | 116 | Consolidated Edison Company of New York Inc.<br>4 Irving Place, Room 1875-S<br>New York, New York 10003<br>Attn: Bankruptcy Group | Final distribution to claim 2 creditor account # debtor SS#<debtor ssn masked> representing a payment of 100.00 % per court order dated 11.8.18. | 7100-000 | | $4,995.03 | $51,634.15 |
| 12/20/18 | 117 | Issa Mamudoski<br>c/o Gonzalez Legal Associates PLLC<br>75 South Broadway, 4th Floor<br>White Plains, NY 10601 | Final distribution to claim 7 creditor account # debtor SS#<debtor ssn masked> representing a payment of 0.65 % per court order dated 11.8.18. | 7200-000 | | $51,634.15 | $0.00 |
| 03/27/19 | 117 | Issa Mamudoski<br>c/o Gonzalez Legal Associates PLLC<br>75 South Broadway, 4th Floor<br>White Plains, NY 10601 | Final distribution to claim 7 creditor account # debtor SS#<debtor ssn masked> representing a payment of 0.65 % per court order dated 11.8.18. Reversal | 7200-000 | | ($51,634.15) | $51,634.15 |
| 03/27/19 | 118 | Clerk, U.S. Bankruptcy Court | Remit To Court | 7200-001 | | $51,634.15 | $0.00 |

| | | |
|---|---:|---:|
| COLUMN TOTALS | $4,595,207.46 | $4,595,207.46 |
| Less: Bank Transfers/CD's | $0.00 | $0.00 |
| Subtotal | $4,595,207.46 | $4,595,207.46 |
| Less: Payments to Debtors | $0.00 | $0.00 |
| Net | $4,595,207.46 | $4,595,207.46 |

| | | |
|---|---:|---:|
| Page Subtotals: | $0.00 | $59,179.89 |

UST Form 101-7-TDR (10/1/2010) *(Page: 11)*

Exhibit 9

TOTAL OF ALL ACCOUNTS

| | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
|---|---|---|---|
| XXXXXX8868 - Checking | $4,595,207.46 | $4,595,207.46 | $0.00 |
| | $4,595,207.46 | $4,595,207.46 | $0.00 |
| | (Excludes account transfers) | (Excludes payments to debtors) | Total Funds on Hand |

| | |
|---|---|
| Total Allocation Receipts: | $0.00 |
| Total Net Deposits: | $4,595,207.46 |
| Total Gross Receipts: | $4,595,207.46 |

Page Subtotals:    $0.00    $0.00